UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NAILS,

    Plaintiff,                                      Case No. 2:17-cv-13702
                                                    Magistrate Judge Anthony P. Patti

v.

RPI-SECTION 8 HOUSING,

    Defendant.

_____/

## STATUS CONFERENCE ORDER (1) APPOINTING COUNSEL FOR THE LIMITED PURPOSE OF AMENDING THE COMPLAINT, (2) SETTING AMENDED DEADLINE FOR AMENDING PLEADINGS, AND (3) CANCELLING THE FEBRUARY 20, 2019 STATUS CONFERENCE

On January 15, 2019, Plaintiff Angela Nails and counsel for Defendant RPI Management Inc., Mark Wasvary, came before me for a status conference.

1. For the reasons discussed on the record, attorney Kevin Carlson, Kevin M. Carlson PLLC, P.O. Box 6028, Plymouth, MI 48170-0028, (734) 386-1919, is **APPOINTED** as pro bono counsel for Plaintiff for the sole limited purpose of assisting Plaintiff with amending her complaint. Mr. Carlson is **DIRECTED** to promptly enter a limited appearance of counsel in this matter to that effect. The Court further directs Mr. Carlson to review the transcript of the November 8, 2018 motion hearing. (DE 31.)

2. All pleadings must be amended by **FEBRUARY 13, 2019**. **No further extensions of this deadline will be granted.** Defendant may timely respond to any amended pleadings by filing and serving an Answer and Affirmative Defenses, or, if appropriate, a motion to dismiss under Rule 12.

3. The status conference scheduled for February 20, 2019 is **CANCELLED.**

**IT IS SO ORDERED.**

Dated: January 17, 2019         s/*Anthony P. Patti*
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on January 17, 2019 electronically and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti