UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NAILS,

            Plaintiff,                  Case No. 2:17-cv-13702
                                        Magistrate Judge Anthony P. Patti

v.

RPI-SECTION 8 HOUSING,

            Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW PRO SE CLINIC AS PLAINTIFF'S COUNSEL (DE 44) AND APPOINTING COUNSEL FOR THE LIMITED PURPOSE OF ASSISTING PLAINTIFF AT THE SETTLEMENT CONFERENCE

On March 25, 2019, Plaintiff Angela Nails filed the instant motion to allow

counsel from the *pro se* clinic to provide assistance to her during the settlement

conference scheduled for May 10, 2019.  (DE 44.)  The Court had previously

appointed attorney Kevin Carlson,  Kevin M. Carlson PLLC, P.O. Box 6028,

Plymouth, MI 48170-0028, (734) 386-1919, as pro bono counsel for Plaintiff for

the sole limited purpose of assisting Plaintiff with amending her complaint.  (DE

35.)  Upon inquiry by the Court, Mr. Carlson agreed to appear and assist Plaintiff

during the settlement conference.

Accordingly, Mr. Carlson is **APPOINTED** as pro bono counsel for Plaintiff

for the sole limited purpose of assisting Plaintiff during the May 10, 2019

settlement conference, and he is **DIRECTED** to promptly enter a limited

appearance of counsel in this matter to that effect.

   **IT IS SO ORDERED.**

Dated: April 1, 2019            s/*Anthony P. Patti*
                               Anthony P. Patti
                               UNITED STATES MAGISTRATE JUDGE


   **Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record
on April 1, 2019, electronically and/or by U.S. Mail.

                               s/Michael Williams
                               Case Manager for the
                               Honorable Anthony P. Patti